FILED

Dec 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELISSE LAROUCHE
Assistant Federal Public Defender
450 Golden Gate Avenue, Box 36106
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          elisse_larouche@fd.org
Counsel for Defendant KELLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 18–532 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO PERMIT TRAVEL** |
| v. | |
| JUSTIN KELLEY, | |
| Defendant. | |

Defendant Justin Kelley is currently on supervision as he awaits his upcoming self-surrender date. Mr. Kelley's grandmother has gone into hospice care and he requests permission to travel to see his grandmother in Nevada for possibly the last time. His current supervision conditions limit his travel between Maryland and the Northern District of California for court and legal purposes only. Accordingly, Mr. Kelley requests that the conditions of pretrial release be modified to provide that he may travel from Baltimore, Maryland to Reno, Nevada on December 24 or whatever date closest to when the may Court issue an order for travel and to return no more than five days after his arrival. Mr. Kelley must provide his pretrial officer with details of his itinerary. All other conditions of release shall remain in place. Mr. Kelley's supervising pretrial officer, Timothy Elder, agrees and has no objection to this request and the government defers to Pretrial Services.

1     SO STIPULATED.

3     Dated:    December 24, 2020           Respectfully submitted,

                                          STEVEN G. KALAR
                                          Federal Public Defender
                                          Northern District of California

                                                  /S
                                          ELISSE LAROUCHE
                                          Assistant Federal Public Defender

9     Date: December 24, 2020              DAVID L. ANDERSON

                                          United States Attorney

                                              /S
                                          NOAH STERN
                                          Assistant United States Attorney

# [~~PROPOSED~~] ORDER

IT IS ORDERED that defendant Justin Kelley is permitted to travel from Baltimore, Maryland to Reno, Nevada to visit his ailing grandmother. He is permitted to leave Maryland the day this order is issued or as soon as practicable thereafter and to return to Maryland no later than five days after his arrival in Reno, Nevada.

IT IS SO ORDERED.

Date: 12/24/2020

THOMAS S. HIXSON
United States Magistrate Judge