IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN KELLEY,<br><br>　　　　Defendant. | No. CR 18–532 MMC<br><br>[PROPOSED] ORDER TO EXTEND DATE FOR VOLUNTARY SURRENDER |

On Wednesday, January 13, 2021, the Court held a hearing regarding Defendant's Motion to Continue Self-Surrender Date (Dkt. 68), which the government opposed (Dkt. 70). At the hearing, the Court informed the parties that it would like more information on certain matters and set a further hearing on Tuesday, January 19, 2021 at 10:00 a.m. by videoconference. As Defendant's current self-surrender date is Friday, January 15, 2021, the Court extends his self-surrender date, as follows:

IT IS HEREBY ORDERED THAT:

(1) A stay of the execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

(2) Defendant's voluntary self-surrender date to his designated Bureau of Prisons facility, FCI Fort Dix, is extended to Wednesday, January 20, 2021, on or before 2:00 p.m.

(3) Any failure by Defendant to obey all requirements of this order shall be punishable as contempt.

FAILURE TO APPEAR as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Date: January 13, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE