IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JUSTIN KELLEY,<br><br>              Defendant. | No. CR 18–532 MMC<br><br>**ORDER EXTENDING DATE FOR VOLUNTARY SURRENDER** |

On Tuesday, January 19, 2021, the Court held a continued hearing regarding Defendant's Motion to Continue Self-Surrender Date (Dkt. 68), which the government opposed (Dkt. 70).  For the reasons stated at the hearing, the motion is granted in part and denied in part, as follows:

IT IS HEREBY ORDERED THAT:

(1) A stay of the execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

(2) Defendant's voluntary self-surrender date to his designated Bureau of Prisons facility, FCI Fort Dix, is extended to Tuesday, February 16, 2021, on or before 2:00 p.m.

(3) Any failure by Defendant to obey all requirements of this order shall be punishable as contempt.

      FAILURE TO APPEAR as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Date: January 19, 2021

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE